NUMBER 13-00-616-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


SERENA GRANT AND YOLANDRA DINELLI
, Appellants,


v.



KEN BARRETT, INDIVIDUALLY AND D/B/A 

COLTANS, INC., A/K/A AAMCO TRANSMISSIONS
, Appellee.

____________________________________________________________________


On appeal from the County Civil Court at Law No. 4


of Harris County, Texas.


____________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellants, SERENA GRANT AND YOLANDRA DINELLI, perfected
an appeal from a judgment entered by the County Civil Court at Law
No. 4 of Harris County, Texas, in cause number 664,574. The clerk's
record was filed on September 11, 2000. No reporter's record was
filed. Appellant's brief was due on October 11, 2000. To date, no
appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed,
the Court may dismiss the appeal for want of prosecution, unless the
appellant reasonably explains the failure and the appellee is not
significantly injured by the appellant's failure to timely file a brief. Tex.
R. App. P. 38.8(a)(1).

 On November 14, 2000, notice was given to all parties that this
appeal was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). 
Appellants were given ten days to explain why the cause should not be
dismissed for failure to file a brief. To date, no response has been
received.

 The Court, having examined and fully considered the documents
on file, appellants' failure to file a proper appellate brief, this Court's
notice, and appellants' failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. The appeal is
hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 21st day of December, 2000